**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARUM DARWISH,<br><br>        Plaintiff,<br><br>   v.<br><br>UNION COUNTY COLLEGE and LOUIS SCALA,<br><br>        Defendants. | No. 19-9624 (SDW)(LDW)<br><br>**ORDER**<br><br>December 9, 2020 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on November 16, 2020 by Magistrate Judge Leda D. Wettre ("Judge Wettre") (D.E. 36), recommending that Plaintiff Marum Darwish's ("Plaintiff") case be dismissed, due to failure to comply with this Court's Orders and prosecute her case. Plaintiff did not file an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (D.E. 36) is **ADOPTED** as the conclusions of law of this Court. This matter is hereby closed.

   **SO ORDERED**.

                  ___/s/ Susan D. Wigenton_____
                  **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:  Parties
    Leda D. Wettre, U.S.M.J.